UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>Defendants. | Case No. 22-cv-05213-JSW<br><br>**ORDER OF DISMISSAL** |

Plaintiff, an inmate in the Santa Rita County Jail, has filed a pro se civil rights action under 42 U.S.C. § 1983 seeking a recalculation of his sentence and an earlier release date. Habeas is the "exclusive remedy" for the prisoner who seeks "'immediate or speedier release'" from confinement. *Skinner v. Switzer,* 562 U.S. 521, 533-34 (2011). Plaintiff must bring his claims in a petition for a writ of habeas corpus, not in a civil rights complaint, because seeks a reduction in his sentence and an earlier release date of June 16, 2023. Accordingly, this case is DISMISSED without prejudice to Plaintiff filing his claims in a petition for writ of habeas corpus. The clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: February 3, 2023

JEFFREY S. WHITE
United States District Judge